United States District Court
Southern District of Texas
**ENTERED**
June 21, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| KYLIE TAYLOR, | § | |
| Plaintiff. | § § § | |
| VS. | § § | CIVIL ACTION NO. 3:22-cv-00031 |
| GROUP CONTRACTORS, LLC, ET AL., | § § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 10, 2022, Plaintiff's motion to dismiss (Dkt. 8) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A) and (B). *See* Dkt. 12. Judge Edison filed a memorandum and recommendation on May 19, 2022, recommending that the court grant Taylor's motion to dismiss and dismiss her claims without prejudice. *See* Dkt. 14.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly, it is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 14) is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiff's motion to dismiss (Dkt. 8) is granted.

An order of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(2), will follow this order adopting Judge Edison's memorandum and recommendation.

SIGNED on Galveston Island this 21st day of June 2022.

                                               JEFFREY VINCENT BROWN
                                               UNITED STATES DISTRICT JUDGE